IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| VELTON CHADDICK,　§<br>　　　　　　　　　　　　　§<br>　*Plaintiff,*　　　　　　§<br>　　　　　　　　　　　　　§<br>VS.　　　　　　　　　　§<br>　　　　　　　　　　　　　§<br>THE KROGER CO.,　　　§<br>　　　　　　　　　　　　　§<br>　*Defendant.*　　　　　　§ | CIVIL ACTION NO. 9:24-CV-00046<br>JUDGE MICHAEL J. TRUNCALE |

### ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 18]. All matters in controversy between Plaintiff and Defendant have been fully settled and Plaintiff no longer desires to pursue this cause or any claims related to this cause against Defendant. After considering the Parties' motion, the Court grants the same.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 14th day of November, 2024.**

_____
Michael J. Truncale
United States District Judge